[No. 8928-2-III. Division Three. November 10, 1988.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT D. HOBERT, *Appellant*.

Appeal from a judgment of the Superior Court for Franklin County, No. 87-1-50216-2, Duane E. Taber, J., entered October 8, 1987. *Affirmed* by unpublished opinion per Munson, A.C.J., concurred in by Green, J., and Gavin, J. Pro Tem.

[No. 8542-2-III. Division Three. November 10, 1988.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID L. KING, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 86-1-01509-0, Walter A. Stauffacher, J., entered April 17, 1987. *Affirmed* by unpublished opinion per Munson, J., concurred in by Thompson, C.J., and Ripple, J. Pro Tem.

[Nos. 8581-3-III; 8626-7-III. Division Three. November 10, 1988.]

THE STATE OF WASHINGTON, *Respondent*, v. EARL N., *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. DONALD E., *Appellant*.

Appeals from judgments of the Superior Court for Grant and Benton Counties, Nos. 86-1-00197-5, 86-8-00084-1, Evan E. Sperline, J., and John G. Carroll, J. Pro Tem., entered April 27 and July 15, 1987. *Affirmed* by unpublished opinion per Munson, A.C.J., concurred in by Green, J., and Gavin, J. Pro Tem.